Nada I. Shamonki (SBN 205359)
nishamonki@mintz.com
Nadia A. Zivkov (SBN: 342509)
nazivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200

*Attorneys for Defendants Aylo Global Entertainment Inc. and Aylo USA Incorporated*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

vs.

AYLO GLOBAL ENTERTAINMENT, INC. and AYLO USA INCORPORATED,

Defendants.

Case No. 2:25-cv-01139-JDP

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT OR TO COMPEL ARBITRATION**

Assigned to the Hon. Jeremy D. Peterson

Hearing
Date: July 17, 2025
Time: 10:00 a.m.
Location: 501 I Street
Courtroom 9, 13th Floor
Sacramento, CA 95814
Complaint Filed: April 18, 2025
Trial Date: Not set

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on July 17, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Jeremy D. Peterson, in Courtroom 9 of the Robert T. Matsui United States Courthouse, 501 I Street, 13th Floor, Sacramento, CA 95814, Defendants Aylo Global Entertainment Inc. and Aylo USA Incorporated will and hereby do move the Court for an order dismissing Plaintiffs Complaint (ECF No. 1) in its entirety for lack jurisdiction, or in the alternative compelling arbitration, or in the alternative dismissing the Complaint for failure to state a claim.

This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, and the Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(2), and 12(b)(6). Defendants bring this Motion on the grounds that this Court lacks personal jurisdiction over Defendants. In the alternative, Plaintiffs agreed to be bound by a binding arbitration clause, and the case should be directed to arbitration and stayed pending the outcome of arbitration. In the alternative, this case should be dismissed because Plaintiffs fail to state any claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Andreas Alkiviades Andreou; the Declaration of Christopher A. Lisy and the exhibits thereto; the Request for Judicial Notice; all pleadings, papers, and records in this action; and upon such oral and documentary evidence or argument as may be presented at or before any hearing of this Motion.

DATED: June 11, 2025

Respectfully submitted,

By: */s/ Nada I. Shamonki*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
Nada I. Shamonki
Nadia A. Zivkov
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
nishamonki@mintz.com
nazivkov@mintz.com

Seth R. Goldman (*pro hac vice* application forthcoming)
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
SRGoldman@mintz.com

Christopher A. Lisy (*pro hac vice* application forthcoming)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
CALisy@mintz.com

*Attorneys for Defendants Aylo Global Entertainment Inc. and Aylo USA Incorporated*