Michael Connett (SBN #300314)
Sonjay Singh (*Pro Hac Vice forthcoming*)
Tyler Bean (*Pro Hac Vice forthcoming*)
700 S. Flower St., Ste. 1000
Los Angeles, CA 90017
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email : mconnett@sirillp.com
Email: ssingh@sirillp.com
Email: tbean@sirillp.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>AYLO GLOBAL ENTERTAINMENT, INC. and AYLO USA INCORPORATED,<br><br>Defendants. | Case No.:   2:25-cv-01139-DJC-JDP<br><br>**CLASS ACTION**<br><br>**ORDER MODIFYING BRIEFING SCHEDULE**<br><br>Complaint Filed: April 18, 2025<br>Prior Response Date: July 23, 2025<br>New Response Date: August 13, 2025 |

The Court, having considered the stipulation between Plaintiffs M.S. and C.P., and Defendants Aylo Global Entertainment, Inc. and Aylo USA Incorporated, and for good cause shown, HEREBY ORDERS that:

1. Plaintiffs shall file any Response in Opposition to Defendants' Motion to Dismiss the Amended Complaint or to Compel Arbitration by **August 13, 2025**; and

2. Defendants shall file any Reply in support of their Motion to Dismiss the Amended Complaint or to Compel Arbitration by **August 28, 2025**.

**IT IS SO ORDERED.**

Dated: July 29, 2025　　　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE