Michael Connett (SBN #300314)
Sonjay Singh (*Pro Hac Vice*)
700 S. Flower St., Ste. 1000
Los Angeles, CA 90017
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email : mconnett@sirillp.com
Email: ssingh@sirillp.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>              Plaintiffs,<br><br>    v.<br><br>AYLO GLOBAL ENTERTAINMENT, INC. and AYLO USA INCORPORATED,<br><br>              Defendants. | Case No. 2:25-cv-01139-JDP<br><br>**ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT** |

ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT

The Court, having considered the stipulation between Plaintiffs M.S. and C.P., and Defendants Aylo Global Entertainment, Inc. and Aylo USA Incorporated, and for good cause shown, HEREBY ORDERS that:

1. Plaintiffs shall file the Second Amended Complaint in the form provided by to Defendants on August 13, 2025 forthwith; and
2. Defendants shall answer, move or otherwise respond to Plaintiffs' Second Amended Complaint by **September 5, 2025**.

**IT IS SO ORDERED.**

Dated:  August 20, 2025         /s/ Daniel J.Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT