Nada I. Shamonki (SBN 205359)
nishamonki@mintz.com
Nadia A. Zivkov (SBN: 342509)
nazivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200

*Attorneys for Defendants Aylo Global Entertainment Inc., Aylo USA Incorporated, and Toqon, LLC*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>AYLO GLOBAL ENTERTAINMENT, INC., AYLO USA INCORPORATED, AND TOQON, LLC D/B/A TRAFFICJUNKY,<br><br>Defendants. | Case No. 2:25-cv-01139-DJC-JDP<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT OR TO COMPEL ARBITRATION**<br><br>Assigned to the Hon. Daniel J. Calabretta<br><br><u>Hearing</u><br>Date: December 4, 2025<br>Time: 1:30 p.m.<br>Location: 501 I Street<br>Courtroom 7, 14th Floor<br>Sacramento, CA 95814<br>Second Amended Complaint Filed: August 27, 2025<br>Trial Date: Not set |

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 4, 2025 at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Daniel J. Calabretta, in Courtroom 7 of the Robert T. Matsui United States Courthouse, 501 I Street, 14th Floor, Sacramento, CA 95814, Defendants Aylo Global Entertainment Inc., Aylo USA Incorporated, and Toqon, LLC will and hereby do move the Court for an order dismissing Plaintiffs' Second Amended Complaint (ECF No. 37) in its entirety for lack of jurisdiction, or in the alternative compelling arbitration, or in the alternative dismissing the Complaint for failure to state a claim.

This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, and the Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(2), and 12(b)(6). Defendants bring this Motion on the grounds that this Court lacks personal jurisdiction over Defendants. In the alternative, Plaintiffs agreed to be bound by a binding arbitration clause, and the case should be directed to arbitration and stayed pending the outcome of arbitration. In the alternative, this case should be dismissed because Plaintiffs fail to state any claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Andrew Link; the Request for Judicial Notice; the Declaration of Christopher A. Lisy and exhibits thereto (ECF Nos. 28-2 – 28-7); all pleadings, papers, and records in this action; and upon such oral and documentary evidence or argument as may be presented at or before any hearing of this Motion.

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiffs and Defendants met and conferred by video conference on August 19, 2025, during which they discussed the substance of the Motion, the arguments to be presented in the Motion and potential resolution of the Motion.

Undersigned counsel certifies that these efforts were exhausted without reaching agreement on the issues in dispute in the Motion.

DATED: September 5, 2025

Respectfully submitted,

By: */s/ Christopher A. Lisy*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
Christopher A. Lisy (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
CALisy@mintz.com

Nada I. Shamonki
Nadia A. Zivkov
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
NIShamonki@mintz.com
NAZivkov@mintz.com

Seth R. Goldman (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
SRGoldman@mintz.com

*Attorneys for Defendants Aylo Global Entertainment Inc., Aylo USA Incorporated, and Toqon, LLC*