Michael Connett (SBN #300314)
Sonjay Singh (*Pro Hac Vice*)
700 S. Flower St., Ste. 1000
Los Angeles, CA 90017
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email : mconnett@sirillp.com
Email: ssingh@sirillp.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br>AYLO GLOBAL ENTERTAINMENT, INC., AYLO USA INCORPORATED, AND TOQON, LLC D/B/A TRAFFICJUNKY.<br><br>　　　　　　　　　Defendants. | Case No. 2:25-cv-01139-DJC-JDP<br><br>**CLASS ACTION**<br><br>**ORDER MODIFYING BRIEFING SCHEDULE**<br><br>SAC Filed: August 27, 2025<br>Motion to Dismiss Filed: September 5, 2025<br><br>Current Response Date: September 19, 2025<br>Proposed New Response Date: October 10, 2025<br><br>Current Reply Date: September 29, 2025<br>Proposed New Reply Date: October 30, 2025 |

1
**ORDER MODIFYING BRIEFING SCHEDULE**

The Court, having considered the stipulation between Plaintiffs M.S. and C.P., and Defendants Aylo Global Entertainment, Inc., Aylo USA Incorporated, and Toqon, LLC for good cause shown, HEREBY ORDERS that:

1. Plaintiffs shall file any Response in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint or to Compel Arbitration by **October 10, 2025**; and

2. Defendants shall file any Reply in support of their Motion to Dismiss the Second Amended Complaint or to Compel Arbitration by **October 30, 2025**.

**IT IS SO ORDERED.**

Dated:  September 16, 2025        /s/ Daniel J. Calabretta
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE