

# United States District Court
# Eastern District of California

| M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED |
|---|

Plaintiff(s)

Case Number: 2:25-cv-01139-DJC-JDP

V.

| AYLO GLOBAL ENTERNTAINMENT, INC. and AYLO USA INCORPORATED |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sonjay C. Singh hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED

On June 15, 2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of Maryland (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

✓ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Colby, et al. v. VisionWorks of America, Inc.; 1:25-cv-00387-JLT-SAB; 07/29/25

E.H. et al v. Lifelong Adoptions, Inc.; 1:25-cv-00441-JLT-BAM; 04/29/25

Date: 10/10/2025         Signature of Applicant: /s/ Sonjay C. Singh

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sonjay C. Singh |
| Law Firm Name: | SIRI & GLIMSTAD LLP |
| Address: | 745 Fifth Avenue, Suite 500 |
| City: | New York    State: NY    Zip: 10151 |
| Phone Number w/Area Code: | (772) 783-8436 |
| City and State of Residence: | Bethesda, Maryland |
| Primary E-mail Address: | ssingh@sirillp.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael Connett |
| Law Firm Name: | SIRI & GLIMSTAD LLP |
| Address: | 700 S. Flower St., Ste. 1000 |
| City: | Los Angeles    State: CA    Zip: 90017 |
| Phone Number w/Area Code: | (772) 783-8436 |
| Bar #: | 283360 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 10, 2025

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE