Michael Connett (SBN #300314)
Sonjay Singh (*Pro Hac Vice*)
700 S. Flower St., Ste. 1000
Los Angeles, CA 90017
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email : mconnett@sirillp.com
Email: ssingh@sirillp.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>AYLO GLOBAL ENTERTAINMENT, INC. and AYLO USA INCORPORATED, and TOQON, LLC D/B/A TRAFFICJUNKY,<br><br>Defendants. | Case No. 2:25-cv-01139-DJC-JDP<br><br>**<u>CLASS ACTION</u>**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**Assigned to the Hon. Daniel J. Calabretta**<br><br>Date: December 4, 2025<br>Time: 1:30 PM<br>Location: 501 I Street, Courtroom 7, 14th Floor, Sacramento, CA 95814<br><br>SAC Filed: August 27, 2025<br><br>Reply Date: October 30, 2025 |

Pursuant to Section 1(B) of the Court's Standing Order, for good cause shown, Plaintiffs M.S. and C.P. (collectively, "Plaintiffs"), through their undersigned counsel, request the Court's leave to file an extended Response brief of not more than 30 pages to Defendants' Motion to Dismiss. In support, Plaintiffs state as follows:

1. Plaintiffs filed their Second Amended Complaint on August 27, 2025 (ECF No. 37);

2. In response thereto, Defendants timely filed a Motion to Dismiss the Amended Complaint or to Compel Arbitration on September 5, 2025 (ECF No. 40);

3. Defendants raise a number of complex arguments related to jurisdiction, arbitration, and the specific causes of action at issue;

4. To respond properly to these arguments, Plaintiffs respectfully request a modest page extension;

5. Defendants do not object to Plaintiffs' requested relief.

DATED: October 10, 2025

SIRI & GLIMSTAD LLP

By: */s/ Sonjay Singh*
Sonjay Singh (admitted *pro hac vice*)
Michael Connett

Attorneys for Plaintiffs

**ATTESTATION AND CERTIFICATE OF SERVICE**

I attest that, for each signatory of this document other than myself, that person concurs in the filing's content and authorizes application an electronic signature in lieu of a wet signature on the document. I certify that counsel of record who are deemed to have consented to electronic service are being served on October 10, 2025, with a copy of this document via the Court's CM/ECF per Local Rule 135(a).

By: */s/ Sonjay Singh*
Sonjay Singh