Michael Connett (SBN #300314)
Sonjay Singh (Pro Hac Vice)
700 S. Flower St., Ste. 1000
Los Angeles, CA 90017
Telephone: 212-532-1091 Facsimile: 646-417-5967
Email : mconnett@sirillp.com
Email: ssingh@sirillp.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>AYLO GLOBAL ENTERTAINMENT, INC. and AYLO USA INCORPORATED, and TOQON, LLC D/B/A TRAFFICJUNKY,<br><br>Defendants. | Case No.:   2:25-cv-01139-DJC-JDP<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**Assigned to the Hon. Daniel J. Calabretta**<br><br>Date:  December 4, 2025<br>Time:  1:30 PM<br>Location:  501 I Street<br>          Courtroom 7, 14th Floor<br>          Sacramento, CA 95814<br><br>SAC Filed:  August 27, 2025<br><br>Reply Date:  October 30, 2025 |

1

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

The Court, having considered Plaintiffs M.S. and C.P.'s Unopposed Motion for Leave to Exceed Page Limitations for Their Response to Defendants' Motion to Dismiss or to Compel Arbitration, for good cause shown, HEREBY ORDERS that:

1. Plaintiffs' Unopposed Motion for Leave to Exceed Page Limitations for Their Response to Defendants' Motion to Dismiss or to Compel Arbitration In is hereby GRANTED.

Dated:  October 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE