Nada I. Shamonki (SBN 205359)
nishamonki@mintz.com
Nadia A. Zivkov (SBN: 342509)
nazivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200

*Attorneys for Defendant Aylo Freesites Ltd*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

vs.

AYLO GLOBAL ENTERTAINMENT, INC., AYLO USA INCORPORATED, AND TOQON, LLC D/B/A TRAFFICJUNKY,

Defendants.

Case No. 2:25-cv-01139-DJC-JDP

**DEFENDANT'S NOTICE OF MOTION TO COMPEL ARBITRATION OR TO DISMISS THE THIRD AMENDED COMPLAINT**

Assigned to the Hon. Daniel J. Calabretta

Hearing
Date: May 21, 2026
Time: 1:30 p.m.
Location: 501 I Street
Courtroom 7, 14th Floor
Sacramento, CA 95814
Third Amended Complaint Filed: February 24, 2026
Trial Date: Not set

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 21, 2026 at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Daniel J. Calabretta, in Courtroom 7 of the Robert T. Matsui United States Courthouse, 501 I Street, 14th Floor, Sacramento, CA 95814, Defendant Aylo Freesites Ltd will and hereby does move the Court for an order compelling arbitration or, in the alternative, dismissing Plaintiffs' Third Amended Complaint (ECF No. 57) for failure to state a claim.

This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, and the Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6). Defendants bring this Motion on the grounds that Plaintiffs agreed to be bound by a binding arbitration clause, and the case should be directed to arbitration and stayed pending the outcome of arbitration. In the alternative, this case should be dismissed because Plaintiffs fail to state any claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Request for Judicial Notice; the Declaration of Christopher A. Lisy and exhibits thereto; all pleadings, papers, and records in this action; and upon such oral and documentary evidence or argument as may be presented at or before any hearing of this Motion.

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiffs and Defendants conferred on March 3, 2026 concerning Defendant's Motion, which presents the same issues as advanced in Defendants' three prior motions to dismiss (for which the parties previously conferred as well). Undersigned counsel certifies that these efforts were exhausted without reaching agreement on the issues in dispute in the Motion.

DATED: March 10, 2026

Respectfully submitted,

By: */s/ Christopher A. Lisy*
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
Christopher A. Lisy (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
CALisy@mintz.com

Nada I. Shamonki
Nadia A. Zivkov
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
NIShamonki@mintz.com
NAZivkov@mintz.com

Seth R. Goldman (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
SRGoldman@mintz.com

*Attorneys for Defendant Aylo Freesites Ltd*