Sonjay Singh (*Pro Hac Vice*)
**SIRI & GLIMSTAD LLP**
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email: ssingh@sirillp.com

Michael Connett (SBN #300314)
**SIRI & GLIMSTAD LLP**
700 S. Flower St., Ste. 1000
Los Angeles, CA 90017
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email : mconnett@sirillp.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　Plaintiff,,<br><br>　　　v.<br><br>AYLO FREESITES LTD,<br><br>　　Defendant. | Case No.:　　2:25-cv-01139-DJC-JDP<br><br>**CLASS ACTION**<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

ORDER MODIFYING BRIEFING SCHEDULE

The Court, having considered the stipulation between Plaintiffs M.S. and C.P., and Defendant Aylo Freesites Ltd, and for good cause shown, HEREBY ORDERS that:

1. Plaintiffs shall file any Response in Opposition to Defendants' Motion to Compel Arbitration or to Dismiss the Third Amended Complaint by **March 31, 2026**; and

2. Defendant shall file any Reply in support of its Motion to Compel Arbitration or to Dismiss the Third Amended Complaint by **April 17, 2026**.

**IT IS SO ORDERED.**

Dated:  March 18, 2026          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER MODIFYING BRIEFING SCHEDULE