Nada I. Shamonki (SBN 205359)
NIShamonki@mintz.com
Nadia A. Zivkov (SBN 342509)
NAZivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:  (310) 586-3200

*Attorneys for Defendant Aylo Freesites Ltd*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S. AND C.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>AYLO GLOBAL ENTERTAINMENT, INC., AYLO USA INCORPORATED, AND TOQON, LLC D/B/A TRAFFICJUNKY,<br><br>                    Defendants. | Case No.  2:25-cv-01139-DJC-JDP<br><br>**DECLARATION OF CHRISTOPHER A. LISY IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION OR TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Assigned to the Hon. Daniel J. Calabretta<br><br><u>Hearing</u><br>Date:        May 21, 2026<br>Time:        1:30 p.m.<br>Location:  501 I Street<br>                 Courtroom 7, 14th Floor<br>                 Sacramento, CA 95814<br>Third Amended<br>Complaint Filed: February 24, 2026<br>Trial Date:        Not set |

- 1 -

I, Christopher A. Lisy, hereby declare as follows:

I am an active member of the Bar of the Commonwealth of Massachusetts in good standing, a Member at the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and counsel of record for Defendant in the above-captioned action.  I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto.

I make this declaration in support of Defendant's Reply in Support of Motion to Compel Arbitration or to Dismiss the Third Amended Complaint.

1.      A true and correct copy of a screenshot, captured at 100% zoom, of Pornhub's Sign-Up Page available January 14, 2024, archived on the Wayback Machine, available at https://web.archive.org/web/20240114095855/ https://www.pornhub.com/signup is attached hereto as **Exhibit X**.

2.      A true and correct copy of a screenshot, captured at 100% zoom, of Pornhub's Sign-Up Page available on March 17, 2024, archived on the Wayback Machine, available at https://web.archive.org/web/20240317051949/ https://www.pornhub.com/signup is attached hereto as **Exhibit Y**.

3.      A true and correct copy of a screenshot, captured at 100% zoom, of Pornhub's Sign-Up Page available on May 15, 2024, archived on the Wayback Machine, available at https://web.archive.org/web/20240515063110/ https://www.pornhub.com/signup is attached hereto as **Exhibit Z**.

4.      A true and correct copy of a screenshot, captured at 100% zoom, of Pornhub's Sign-Up Page available on July 18, 2024, archived on the Wayback Machine, available at https://web.archive.org/web/20240718055023/ https://www.pornhub.com/signup is attached hereto as **Exhibit AA**.

5.      A true and correct copy of a screenshot, captured at 100% zoom, of Pornhub's Sign-Up Page available on September 15, 2024, archived on the Wayback Machine, available at https://web.archive.org/web/20240915155156/

DECLARATION OF CHRISTOPHER A. LISY IN SUPPORT OF DEFENDANT'S
MOTION TO COMPEL ARBITRATION OR TO DISMISS THE THIRD AMENDED COMPLAINT

https://www.pornhub.com/signup is attached hereto as **Exhibit BB**.

6.      A true and correct copy of a screenshot, captured at 100% zoom, of Pornhub's Sign-Up Page available on November 25, 2024, archived on the Wayback Machine, available at https://web.archive.org/web/20241125201122/ https://www.pornhub.com/signup is attached hereto as **Exhibit CC**.

7.      A true and correct copy of a screenshot, captured at 100% zoom, of Pornhub's Sign-Up Page available on December 30, 2024, archived on the Wayback Machine, available at https://web.archive.org/web/20241230035544/ https://www.pornhub.com/signup is attached hereto as **Exhibit DD**.

8.      A true and correct copy of a screenshot, captured at 100% zoom, of Pornhub's Sign-Up Page available on April 2, 2025, archived on the Wayback Machine, available at https://web.archive.org/web/20250402072237/https://www.pornhub .com/signup is attached hereto as **Exhibit EE**.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 17, 2026, at Boston, Massachusetts.


 _/s/ Christopher A. Lisy_
Christopher A. Lisy

- 3 -